**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: K REINKE JR. & COMPANY          § Case No. 06-09484
                                        §
                                        §
Debtors                                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*         $       163,138.28

*and approved disbursements of*              $        52,511.26

*leaving a balance of*                       $       110,627.02

Claims of secured creditors will be paid as follows:

*Claimant*                                            *Proposed Payment*
          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $ 11,406.67 | $ 1,788.98 |
| Attorney for trustee | JOSEPH R. VOILAND | $ 5,752.50 | $ 10.42 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 500.00 | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other*                                     $_____    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 855,729.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Accountemps | $ 1,785.00 | $ 190.16 |
| 2U | Knauf Insulation GmbH | $ 583,704.93 | $ 62,183.92 |
| 3 | Carsmart Automotive Inc | $ 9,436.70 | $ 1,005.32 |
| 4 | Fox Valley Fire & Safety | $ 229.19 | $ 24.42 |
| 5U | IDI Distributors Inc | $ 120,273.96 | $ 12,813.16 |
| 6 | Horton Insurance Agency,Inc | $ 2,519.00 | $ 268.36 |
| 7 | CertainTeed Corporation | $ 85,362.62 | $ 9,093.95 |
| 8 | Allied Insulation Supply Co | $ 52,418.28 | $ 5,584.28 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                                    *Allowed Amt. of Claim*    *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*                                    *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 11/12/2009 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 10/09/2009     By: /s/JOSEPH R. VOILAND
                                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rmarola                Page 1 of 2                   Date Rcvd: Oct 14, 2009
Case: 06-09484                 Form ID: pdf006              Total Noticed: 58

The following entities were noticed by first class mail on Oct 16, 2009.
db           +K Reinke Jr. & Company,    202 Barrington Avenue,    East Dundee, IL 60118-1313
aty          +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty          +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
10852604      ADO Products,    P O Box 1150-48,    Minneapolis, Mn 55480-1150
10852605      ADO Products,    2069 Solutions Center,    Chicago, Il 60677-2000
10852606     +ADT Security Services, Inc,    361 S Frontage Rd, Ste 124,    Burr Ridge, Il 60527-6162
10852603     +Accountemps,    12400 Collections Center Dr,    Chicago, Il 60693-0124
10917696     +Accountemps,    Div Of Robert Half International,    5720 Stoneridge Drive #3,
               Pleasanton CA 94588-2732
10852607     +Alden Bennett,    4200 W Peterson Ave,    Chicago, Il 60646-6078
10852608      Allied Insulation Supply Co,    315 North 12th St,    P O Box 2122,    Milwaukee, WI 53201-2122
10852609      Allied Insulation Supply Co,    P O Box 2122,    Milwaukee, Wi 53201-2122
10852610      American International Co,    P O Box 382014,    Pittsburgh, Pa 15250-8014
10852611     +Ample Supply Company,    11914 Oak Creek Pkwy,    Huntley, Il 60142-6728
10852612     +Andrews Koehler& Passarelli,    4343 Commerce Ct. #615,    Lisle, Il 60532-3619
10852613     +Ash,Anos,Freedman & Logan,    77 W. Washington St. #1217,    Chicago, Il 60602-2801
10852614      Boncosky Oil Company,    Dept 77-52181,    Chicago, Il. 60678-2181
10852615     +Brittain’s Express Oil&Lube,    1570 Larkin Ave,    Elgin, Il 60123-5178
10852616     +Car Smart Automotive, Inc,    1077 E Main Street,    East Dundee, Il 60118-2483
12003163     +Carsmart Automotive Inc,    James M Bolz,    895 West Main Street,    West Dundee IL 60118-2098
10852617     +Certain Teed Corporation,    c/o Holland & Knight LLP,    131 S Dearborn, 30th Flr,
               Chicago, IL 60603-5517
13686698     +CertainTeed Corporation,    c/o Barbara Anderson Gimbel,    Holland & Knight LLP,
               131 S. Dearborn Street,    Chicago, IL 60603-5550,    312-263-3600
10852618      Certainteed--Insulation Grp,    1225 Solutions Center,    Chicago, Il. 60677-1002
10852619      City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
10852620      Daily Herald Paddock Publ,    PO Box 4365,    Carol Stream, Il 60197-4365
10852621     +Dundee Napa Auto Parts,    202 Penny Ave. (Rt. 68),    Dundee, Il 60118-1419
10852622      Elgin State Bank,    PO Box 541,    Elgin, IL. 60121-0541
10852623     +F & F Tire World,    5257 Swanson Rd,    Roscoe, Il 61073-9421
10852624     +FLIR Systems, Inc,    25 Esquire Rd,    North Billerica, Ma 01862-2501
10852625      Fox Valley Fire & Safety,    2730 Pinnacle Dr,    Elgin Il 60124-7943
10852626      Hiliti, Inc.,    P O Box 382002,    Pittsburgh, Pa 15250-8002
10852627      Home Builders of Greater,    Fox Valley,    555 S Randall Rd #201,    Saint Charles, IL 60174-5918
10852628     +Horton Insurance Agency,    c/o Trout & Associates,    1540 E Dundee Rd-#160,
               Palatine, IL 60074-8322
10852629     +Horton Insurance Agency,Inc,    10320 Orland Parkway,    Orland Park, Il 60467-5658
10852630     +IDI Distributors Inc,    Attn:E Rankin,    7667 Equitable Dr,    Eden Prairie MN 55344-3696
10852632     +Industrial Ladder & Supply,    245 E Adele Court,    Villa Park, Il 60181-1208
10852633     +Klein, Dub & Holleb,    660 LaSalle Place -Ste #100,    Highland Park, Il 60035-3575
10852634     +Knauf Insulation,    P O Box 73886,    Chicago, Il 60673-0001
11100838     +Knauf Insulation GmbH,    C/o Kevin C. Driscoll, Jr.,    Barnes & Thornburg LLP,
               One North Wacker Drive, Suite 4400,    Chicago, Illinois 60606-2833
10852635     +LaVonn Reinke,    1845 Winmoor,    Sleepy Hollow, Il 60118-2616
14405849     +LaVonne Reinke,    C/O G. Alexander McTavish,    Myler, Ruddy & McTavish,
               105 E. Galena Blvd., Suite 800,    Aurora, IL 60505-3357
10852636      Marathon Platinum M/C,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
10852637      Metlife Small Business Ctr,    P O Box 804466,    Kansas City, Mo 64180-4466
10852638      Minuteman Press,    12337 Olive Blvd,    St Louis, Mo 63141-6401
10852639     +Myler Ruddy & McTavish,    Attorneys at Law,    111 W Downer Pl - #400,    Aurora, IL 60506-6110
10852643     +NRS/Comp Audit Services,    266 Harristown Rd #106,    Glen Rock, NJ 07452-3321
10852640     +National Prod Workers Union,    Severance Fund,    P O Box 56319,    Harwood Heights, IL 60656-0319
10852641      Nicolet Natural SE Inc,    P O Box 085390,    Racine, Wi 53408-5390
10852642     +Novack & Macey LLP,    303 W Madison St - Ste 1500,    Chicago, Il 60606-3380
14405801     +Rick Reinke,    C/O G. Alexander McTavish,    Myler, Ruddy & McTavish,
               105 E. Galena Blvd. Suite 800,    Aurora, IL 60505-3357
10852644      SBC Yellow Pages,    R H Donnelley,    PO Box 807008,    Kansas City, MO 64180-7008
10852645     +Schnell,Bazos,Freeman,    Kramer & Schuster Attorneys,    1250 Larkin Ave. #100,
               Elgin, IL 60123-6078
10852646     +Speedway SuperAmerica LLC,    P O Box 1590,    Springfield, Oh 45501-1590
10852647     +Streamwood Police Dept,    Traffic Division,    301 E Irving Park Rd,    Streamwood, IL 60107-3000
10852648      T-Mobile,    P O Box 742596,    Cincinnati, Oh 45274-2596
10852649     +Village of Western Springs,    740 Hillgrove,    Western Springs, Il 60558-1478
10852650      Wm W Meyer & Sons Inc,    PO Box 105,    Skokie, Il 60076-0105
10852651      Woolf,    PO Box 517,    Crystal Lake, Il 60039-0517

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: rmarola            Page 2 of 2             Date Rcvd: Oct 14, 2009
Case: 06-09484                Form ID: pdf006          Total Noticed: 58
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**                          **Signature:**    _/s/ Joseph Speetjens_