# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:  K REINKE JR. & COMPANY | § | Case No.  06-09484 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                         Assets Exempt:   $0.00

Total Distribution to Claimants: $100,173.33     Claims Discharged
                                                 Without Payment:  $784,556.35

Total Expenses of Administration:  $62,969.83

3)  Total gross receipts of $   163,145.40  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00       (see **Exhibit 2** ), yielded net receipts of $163,145.40 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $168,868.54 | $9,000.00 | $9,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 62,969.83 | 62,969.83 | 62,969.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 776,100.54 | 875,729.68 | 91,173.33 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,007,938.91 | $947,699.51 | $163,143.16 |

4)  This case was originally filed under Chapter 7 on August 04, 2006.
.  The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2010_____  By: _/s/JOSEPH R. VOILAND_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| pref/fraud tran - Lavonne Reinke | 1241-000 | 5,000.00 |
| pref/fraud tran. - Richard Reinke | 1241-000 | 15,000.00 |
| acct rec - Good and Tight Energy Cons. Co. | 1221-000 | 12,064.00 |
| escrow refund - ticor title | 1290-000 | 55.00 |
| refund -  Awin Management | 1290-000 | 419.62 |
| class action seetlement - Columbus Drywall | 1249-000 | 130,535.09 |
| Interest Income | 1270-000 | 71.69 |
| **TOTAL GROSS RECEIPTS** | | $163,145.40 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Knauf Insulation GmbH | 4110-000 | N/A | 85,000.00 | 9,000.00 | 9,000.00 |
| IDI Distributors Inc | 4110-000 | N/A | 83,868.54 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $168,868.54 | $9,000.00 | $9,000.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 11,406.67 | 11,406.67 | 11,406.67 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 1,788.98 | 1,788.98 | 1,788.98 |
| CLERK OF THE BANKRUPTCY COURT, N.D., ILL | 2700-000 | N/A | 500.00 | 500.00 | 500.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 5,752.50 | 5,752.50 | 5,752.50 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 10.42 | 10.42 | 10.42 |
| National Recovery Service, Inc. | 2990-000 | N/A | 43,511.26 | 43,511.26 | 43,511.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 62,969.83 | 62,969.83 | 62,969.83 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Accountemps | 7100-000 | N/A | 1,785.00 | 1,785.00 | 185.84 |
| Knauf Insulation GmbH | 7100-000 | N/A | 567,944.33 | 583,704.93 | 60,770.26 |
| Carsmart Automotive Inc | 7100-000 | N/A | 9,436.70 | 9,436.70 | 982.47 |
| Fox Valley Fire & Safety | 7100-000 | N/A | 229.19 | 229.19 | 23.86 |
| IDI Distributors Inc | 7100-000 | N/A | 36,405.42 | 120,273.96 | 12,521.87 |
| Horton Insurance Agency,Inc | 7100-000 | N/A | 2,519.00 | 2,519.00 | 262.26 |
| CertainTeed Corporation | 7100-000 | N/A | 85,362.62 | 85,362.62 | 8,887.21 |
| Allied Insulation Supply Co | 7100-000 | N/A | 52,418.28 | 52,418.28 | 5,457.33 |
| Rick Reinke | 7100-000 | N/A | 15,000.00 | 15,000.00 | 1,561.67 |
| Lavonne Reinke | 7100-000 | N/A | 5,000.00 | 5,000.00 | 520.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 776,100.54 | 875,729.68 | 91,173.33 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 06-09484 | Trustee:        (330380)    JOSEPH R. VOILAND |
| Case Name:    K REINKE JR. & COMPANY | Filed (f) or Converted to (c): 08/04/06 (f) |
| | §341(a) Meeting Date: 09/25/06 |
| Period Ending: 08/14/10 | Claims Bar Date: 05/12/09 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1    lawsuit - UBC | Unknown | 0.00 | DA | 0.00 | FA |
| 2    1994 Ford F350 | Unknown | 0.00 | DA | 0.00 | FA |
| 3    1995 Ford F150 | Unknown | 0.00 | DA | 0.00 | FA |
| 4    1997 Ford F150 | Unknown | 0.00 | DA | 0.00 | FA |
| 5    1997 Ford F150 | Unknown | 0.00 | DA | 0.00 | FA |
| 6    1995 Ford F150 | Unknown | 0.00 | DA | 0.00 | FA |
| 7    1995 Ford F150 | Unknown | 0.00 | DA | 0.00 | FA |
| 8    1976 Dorsey Trailer | Unknown | 0.00 | DA | 0.00 | FA |
| 9    1971 Dorsey Trailer | Unknown | 0.00 | DA | 0.00 | FA |
| 10   1974 Freuhoff trailer | Unknown | 0.00 | DA | 0.00 | FA |
| 11   1974 Freuhoff trailer | Unknown | 0.00 | DA | 0.00 | FA |
| 12   1973 Freuhoff trailer | Unknown | 0.00 | DA | 0.00 | FA |
| 13   1970 Dorsey trailer | Unknown | 0.00 | DA | 0.00 | FA |
| 14   pref/fraud tran - Lavonne Reinke  (u) | Unknown | 300,000.00 | | 5,000.00 | FA |
| 15   pref/fraud tran. - Richard Reinke  (u) | Unknown | 275,000.00 | | 15,000.00 | FA |
| 16   acct rec - Good and Tight Energy Cons. Co.  (u) | 12,064.00 | 12,064.00 | | 12,064.00 | FA |
| 17   escrow refund - ticor title  (u) | 55.00 | 55.00 | | 55.00 | FA |
| 18   refund - Awin Management  (u) | 419.62 | 419.62 | | 419.62 | FA |
| 19   class action seetlement - Columbus Drywall  (u) | Unknown | 139,535.09 | | 130,535.09 | FA |
| 20   Lawsuit against UBC (union) - lost at trial - no | Unknown | 0.00 | | 0.00 | 0.00 |
| 21   Six Trucks: 1994 Ford F 350 1995 Ford F 150 1997 | Unknown | 0.00 | | 0.00 | 0.00 |
| 22   Six trailers: 1976 Dorsey 1971 Dorsey 1974 Frueh | Unknown | 0.00 | | 0.00 | 0.00 |
| Int   INTEREST  (u) | Unknown | N/A | | 71.69 | Unknown |
| 23   Assets      Totals (Excluding unknown values) | $12,538.62 | $727,073.71 | | $163,145.40 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page:  2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 06-09484

Case Name:    K REINKE JR. & COMPANY

Period Ending: 08/14/10

Trustee:       (330380)    JOSEPH R. VOILAND

Filed (f) or Converted (c): 08/04/06 (f)

§341(a) Meeting Date:    09/25/06

Claims Bar Date:    05/12/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property _Abandoned_ OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    October 31, 2007        Current Projected Date Of Final Report (TFR):    October 9, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-09484 |
| Case Name: | K REINKE JR. & COMPANY |
| | |
| Taxpayer ID #: | **-***8601 |
| Period Ending: | 08/14/10 |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****84-65 - Money Market Account |
| Blanket Bond: | $50,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/07 | {16} | Bernard J. Natale | bankruptcy distribution - acct rec | 1221-000 | 12,064.00 | | 12,064.00 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.22 | | 12,067.22 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.08 | | 12,074.30 |
| 11/27/07 | {17} | Ticor Title Insurance | escrow payment | 1290-000 | 55.00 | | 12,129.30 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.28 | | 12,135.58 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.18 | | 12,141.76 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.55 | | 12,147.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.49 | | 12,149.80 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.25 | | 12,152.05 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.69 | | 12,153.74 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.52 | | 12,155.26 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.54 | | 12,156.80 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.54 | | 12,158.34 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.44 | | 12,159.78 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 12,161.37 |
| 10/10/08 | {18} | Awin Management, Inc. | waste management refund | 1290-000 | 419.62 | | 12,580.99 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.35 | | 12,582.34 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.98 | | 12,583.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 12,584.21 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,584.72 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,585.19 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,585.73 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,586.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,586.73 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,587.27 |
| 07/09/09 | {19} | Columbus Drywall Partial Settlement | settlement proceeds | 1249-000 | 130,535.09 | | 143,122.36 |
| 07/19/09 | | Harris / Lavonne Reinke | settlement proceeds | | 20,000.00 | | 163,122.36 |
| | {14} | | 5,000.00 | 1241-000 | | | 163,122.36 |
| | {15} | | 15,000.00 | 1241-000 | | | 163,122.36 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.17 | | 163,126.53 |
| 08/11/09 | 1001 | National Recovery Service, Inc. | payment of service fee per order of Court dated<br>8/6/2009 | 2990-000 | | 43,511.26 | 119,615.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.87 | | 119,622.14 |
| 09/19/09 | 1002 | Knauf Insulation GmbH | payment of secured claim per Court order of<br>9/17/2009 | 4110-000 | | 9,000.00 | 110,622.14 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.88 | | 110,627.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.88 | | 110,631.90 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | | Subtotals : | $163,143.16 | $52,511.26 | |

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| Case Number: | 06-09484 | |
| Case Name: | K REINKE JR. & COMPANY | |
| | | |
| Taxpayer ID #: | **-***8601 | |
| Period Ending: | 08/14/10 | |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****84-65 - Money Market Account |
| Blanket Bond: | $50,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | To Account #*******8466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 110,631.90 | 0.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.24 | | 2.24 |
| 04/20/10 | | Wire out to BNYM account 9200******8465 | Wire out to BNYM account 9200******8465 | 9999-000 | -2.24 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 163,143.16 | 163,143.16 | $0.00 |
| Less: Bank Transfers | -2.24 | 110,631.90 | |
| **Subtotal** | 163,145.40 | 52,511.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$163,145.40** | **$52,511.26** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-09484 |
| Case Name: | K REINKE JR. & COMPANY |
| Taxpayer ID #: | **-***8601 |
| Period Ending: | 08/14/10 |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****84-66 - Checking Account |
| Blanket Bond: | $50,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | From Account #********8465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 110,631.90 | | 110,631.90 |
| 11/13/09 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,788.98, Trustee Expenses;  Reference: | 2200-000 | | 1,788.98 | 108,842.92 |
| 11/13/09 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $5,752.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,752.50 | 103,090.42 |
| 11/13/09 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $10.42, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 10.42 | 103,080.00 |
| 11/13/09 | 104 | CLERK OF THE BANKRUPTCY COURT, N.D., ILL | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 500.00 | 102,580.00 |
| 11/13/09 | 105 | JOSEPH R. VOILAND | Dividend paid 100.00% on $11,406.67, Trustee Compensation;  Reference: | 2100-000 | | 11,406.67 | 91,173.33 |
| 11/13/09 | 106 | Accountemps | Dividend paid  10.41% on $1,785.00; Claim# 1; Final distribution | 7100-000 | | 185.84 | 90,987.49 |
| 11/13/09 | 107 | Knauf Insulation GmbH | Dividend paid  10.41% on $583,704.93; Claim# 2U; Final distribution | 7100-000 | | 60,770.26 | 30,217.23 |
| 11/13/09 | 108 | Carsmart Automotive Inc | Dividend paid  10.41% on $9,436.70; Claim# 3; Final distribution | 7100-000 | | 982.47 | 29,234.76 |
| 11/13/09 | 109 | Fox Valley Fire & Safety | Dividend paid  10.41% on $229.19; Claim# 4; Final distribution | 7100-000 | | 23.86 | 29,210.90 |
| 11/13/09 | 110 | IDI Distributors Inc | Dividend paid  10.41% on $120,273.96; Claim# 5U; Final distribution | 7100-000 | | 12,521.87 | 16,689.03 |
| 11/13/09 | 111 | Horton Insurance Agency,Inc | Dividend paid  10.41% on $2,519.00; Claim# 6; Final distribution | 7100-000 | | 262.26 | 16,426.77 |
| 11/13/09 | 112 | CertainTeed Corporation | Dividend paid  10.41% on $85,362.62; Claim# 7; Final distribution | 7100-000 | | 8,887.21 | 7,539.56 |
| 11/13/09 | 113 | Allied Insulation Supply Co | Dividend paid  10.41% on $52,418.28; Claim# 8; Final distribution | 7100-000 | | 5,457.33 | 2,082.23 |
| 11/13/09 | 114 | Rick Reinke | Dividend paid  10.41% on $15,000.00; Claim# 9; Final distribution | 7100-000 | | 1,561.67 | 520.56 |
| 11/13/09 | 115 | Lavonne Reinke | Dividend paid  10.41% on $5,000.00; Claim# 10; Final distribution | 7100-000 | | 520.56 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 110,631.90 | 110,631.90 | $0.00 |
| Less: Bank Transfers | 110,631.90 | 0.00 | |
| Subtotal | 0.00 | 110,631.90 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $110,631.90 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-09484 |
| Case Name: | K REINKE JR. & COMPANY |
| | |
| Taxpayer ID #: | **-***8601 |
| Period Ending: | 08/14/10 |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******84-65 - Money Market Account |
| Blanket Bond: | $50,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account ********8465 | Wire in from JPMorgan Chase Bank, N.A.<br>account ********8465 | 9999-000 | 2.24 | | 2.24 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2.24 | 0.00 | $2.24 |
| Less: Bank Transfers | 2.24 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-09484 | |
| Case Name: | K REINKE JR. & COMPANY | |
| | | |
| Taxpayer ID #: | **-***8601 | |
| Period Ending: | 08/14/10 | |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******84-66 - Checking Account |
| Blanket Bond: | $50,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | (No Transactions on File for this Period) | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****84-65 | 163,145.40 | 52,511.26 | 0.00 |
| Checking # ***-*****84-66 | 0.00 | 110,631.90 | 0.00 |
| MMA # 9200-*****84-65 | 0.00 | 0.00 | 2.24 |
| Checking # 9200-******84-66 | 0.00 | 0.00 | 0.00 |
| | $163,145.40 | $163,143.16 | $2.24 |

{} Asset reference(s)