# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
K REINKE JR. & COMPANY § Case No. 06-09484
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH R. VOILAND_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No: 06-09484   RG   Judge: MANUEL BARBOSA   Trustee Name: JOSEPH R. VOILAND
Case Name: K REINKE JR. & COMPANY   Date Filed (f) or Converted (c): 08/04/06 (f)
341(a) Meeting Date:
For Period Ending: 01/25/14   Claims Bar Date: 05/12/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. lawsuit UBC | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. 1994 Ford F350 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. 1995 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. 1997 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. 1997 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 1995 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. 1995 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 1976 Dorsey Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 1971 Dorsey Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 1974 Freuhoff Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 1974 Freuhoff Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 1973 Freuhoff Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 1970 Dorsey Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. pref/ fraud claim - Lavonne Reinke (u) | 0.00 | 300,000.00 | | 5,000.00 | FA |
| 15. pref/fraud claim Richard Reinke (u) | 0.00 | 275,000.00 | | 15,000.00 | FA |
| 16. acct. rec. - Good and Tight Energy Cons. Co. (u) | 0.00 | 12,064.00 | | 12,064.00 | FA |
| 17. escrow refund - Ticor Title (u) | 0.00 | 55.00 | | 55.00 | FA |
| 18. refund - Awin Management (u) | 0.00 | 419.62 | | 419.62 | FA |
| 19. class action settlement - Columbus drywall (u) | 0.00 | 130,535.09 | | 726,414.71 | FA |
| 20. interest (u) | 0.00 | 0.00 | | 69.45 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $0.00   $718,073.71   $759,022.78   $0.00
(Total Dollar Amount in Column 6)

_____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 06-09484   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | K REINKE JR. & COMPANY | Date Filed (f) or Converted (c): | 08/04/06 (f) |
| | | 341(a) Meeting Date: | |
| | | Claims Bar Date: | 05/12/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This proceeding was reopened 1/24/13 and Joseph R. Voiland was reappointed as Trustee on 1/28/13.

Initial Projected Date of Final Report (TFR): 04/15/14     Current Projected Date of Final Report (TFR): 04/15/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******8465 Money Market Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 02/13/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/07 | | Bernard J. Natale | bankruptcy distribution - acct rec | 1221-000 | 12,064.00 | | 12,064.00 |
| 09/28/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.22 | | 12,067.22 |
| 10/31/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.08 | | 12,074.30 |
| 11/27/07 | | Ticor Title Insurance | escrow payment | 1290-000 | 55.00 | | 12,129.30 |
| 11/30/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.28 | | 12,135.58 |
| 12/31/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.18 | | 12,141.76 |
| 01/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.55 | | 12,147.31 |
| 02/29/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.49 | | 12,149.80 |
| 03/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.25 | | 12,152.05 |
| 04/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.69 | | 12,153.74 |
| 05/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.52 | | 12,155.26 |
| 06/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.54 | | 12,156.80 |
| 07/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.54 | | 12,158.34 |
| 08/29/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.44 | | 12,159.78 |
| 09/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.59 | | 12,161.37 |
| 10/10/08 | | Awin Management, Inc. | waste management refund | 1290-000 | 419.62 | | 12,580.99 |
| 10/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.35 | | 12,582.34 |
| 11/28/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.98 | | 12,583.32 |
| 12/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.89 | | 12,584.21 |
| 01/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 12,584.72 |
| 02/27/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 12,585.19 |
| 03/31/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 12,585.73 |
| 04/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 12,586.24 |
| 05/29/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 12,586.73 |
| 06/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 12,587.27 |
| 07/09/09 | 19 | Columbus Drywall Partial Settlement | settlement proceeds | 1249-000 | 130,535.09 | | 143,122.36 |
| 07/19/09 | | Harris / Lavonne Reinke | settlement proceeds | 1241-000 | 20,000.00 | | 163,122.36 |

Page Subtotals  163,122.36  0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******8465 Money Market Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 02/13/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.17 | | 163,126.53 |
| 08/11/09 | 001001 | National Recovery Service, Inc. | payment of service fee per order of Court dated 8/6/2009 | 2990-000 | | 43,511.26 | 119,615.27 |
| 08/31/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.87 | | 119,622.14 |
| 09/19/09 | 001002 | Knauf Insulation GmbH | payment of secured claim per Court order of 9/17/2009 | 4110-000 | | 9,000.00 | 110,622.14 |
| 09/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.88 | | 110,627.02 |
| 10/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.88 | | 110,631.90 |
| 11/13/09 | | Transfer to Acct #*******8466 | Bank Funds Transfer | 9999-000 | | 110,631.90 | 0.00 |
| * 11/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 9999-003 | 2.24 | | 2.24 |
| * 11/30/09 | | Reverses Interest on 11/30/09 | REVERSE INTEREST | 9999-003 | -2.24 | | 0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 163,143.16 | 163,143.16 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 110,631.90 | |
| Subtotal | 163,143.16 | 52,511.26 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 163,143.16 | 52,511.26 | |

Page Subtotals  20.80  163,143.16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 06-09484 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | K REINKE JR. & COMPANY | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******8466 Checking Account |
| Taxpayer ID No: | *******8601 | | |
| For Period Ending: | 02/13/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/09 | 000101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,788.98, Trustee Expenses; Reference: | 2200-000 | | 1,788.98 | -1,788.98 |
| 11/13/09 | 000102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $5,752.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,752.50 | -7,541.48 |
| 11/13/09 | 000103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $10.42, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 10.42 | -7,551.90 |
| 11/13/09 | 000104 | CLERK OF THE BANKRUPTCY COURT, N.D., ILL | Dividend paid 100.00% on $500.00 Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 500.00 | -8,051.90 |
| 11/13/09 | 000105 | JOSEPH R. VOILAND | Dividend paid 100.00% on $11,406.67 Trustee Compensation; Reference: | 2100-000 | | 11,406.67 | -19,458.57 |
| 11/13/09 | 000106 | Accountemps Div. of Robert Half International 5720 Stoneridge Drive #3 Pleasanton, CA 94588 | Dividend paid 10.41% on $1,785.00; Claim# 1; Final distribution | 7100-000 | | 185.84 | -19,644.41 |
| 11/13/09 | 000107 | Knauf Insulation GmbH c/o Barnes & Thornburg, LLC One North Wacker Dr. Suite 4400. Chicago, IL 60606 | Dividend paid 10.41% on $583,704.93 Claim# 2U; Final distribution | 7100-000 | | 60,770.26 | -80,414.67 |
| 11/13/09 | 000108 | Carsmart Automotive, Inc. c/o James M. Bolz 895 West Main Street West Dundee, IL 60118 | Dividend paid 10.41% on $9,436.70; Claim# 3; Final distribution | 7100-000 | | 982.47 | -81,397.14 |
| 11/13/09 | 000109 | Fox Valley Fire & Safety 2730 Pinnacle Drive Elgin, IL 60124 | Dividend paid 10.41% on $229.19 Claim# 4; Final distribution | 7100-000 | | 23.86 | -81,421.00 |
| 11/13/09 | 000110 | IDI Distributors, Inc. | Dividend paid 10.41% on $120,273.96 | 7100-000 | | 12,521.87 | -93,942.87 |

Page Subtotals        0.00        93,942.87

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******8466 Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 02/13/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 7667 Equitable Dr. | Claim# 5U; Final distribution | | | | |
| | | Eden Prairie, MN 55344 | | | | | |
| 11/13/09 | 000111 | Horton Insurance Agency, Inc. | Dividend paid 10.41% on $2,519.00; | 7100-000 | | 262.26 | -94,205.13 |
| | | 10320 Orland Parkway | Claim# 6; Final distribution | | | | |
| | | Orland Park, IL 60467 | | | | | |
| 11/13/09 | 000112 | Certain Teed Corporation | Dividend paid 10.41% on $85,362.62; | 7100-000 | | 8,887.21 | -103,092.34 |
| | | c/o Gimbel, Holland & Knight, LLP | Claim# 7; Final distribution | | | | |
| | | 131 S. Dearborn | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 11/13/09 | 000113 | Allied Insullation Supply Co. | Dividend paid 10.41% on $52,418.28; | 7100-000 | | 5,457.33 | -108,549.67 |
| | | 315 N. 12th Street | Claim# 8; Final distribution | | | | |
| | | PO Box 2122 | | | | | |
| | | Milwaukee, WI 53201 | | | | | |
| 11/13/09 | 000114 | Rick Reinke | Dividend paid 10.41% on $15,000.00 | 7100-000 | | 1,561.67 | -110,111.34 |
| | | | Claim# 9; Final distribution | | | | |
| 11/13/09 | 000115 | Lavonne Reinke | Dividend paid 10.41% on $5,000.00; | 7100-000 | | 520.56 | -110,631.90 |
| | | | Claim# 10; Final distribution | | | | |
| 01/03/14 | | Transfer from Acct #*******8465 | Bank Funds Transfer | 9999-000 | 110,631.90 | | 0.00 |

| | | | COLUMN TOTALS | | 110,631.90 | 110,631.90 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | | 110,631.90 | 0.00 | |
| | | | Subtotal | | 0.00 | 110,631.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 110,631.90 | |

Page Subtotals    110,631.90    16,689.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9678 Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 02/13/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/13 | 19 | Columbus Drywall Masco Settlement | | 1249-000 | 159,079.69 | | 159,079.69 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 152.54 | 158,927.15 |
| 04/16/13 | 001001 | NATIONAL RECOVERY SERVICES, INC. | | 3991-000 | | 53,026.56 | 105,900.59 |
| | | 1133 ROSELAWN AVENUE WEST | | | | | |
| | | ST. PAUL, MN  55113 | | | | | |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 163.23 | 105,737.36 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 168.76 | 105,568.60 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 112.12 | 105,456.48 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 108.36 | 105,348.12 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 111.86 | 105,236.26 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 111.72 | 105,124.54 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 108.04 | 105,016.50 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 111.50 | 104,905.00 |
| 12/23/13 | 19 | Columbus Drywall Masco Settlement | | 1249-000 | 436,799.93 | | 541,704.93 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 107.79 | 541,597.14 |
| 01/25/14 | 001002 | National Recovery Services, Inc. | | 2990-000 | | 145,599.97 | 395,997.17 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 230.94 | 395,766.23 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 595,879.62 | 200,113.39 | 395,766.23 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 595,879.62 | 200,113.39 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 595,879.62 | 200,113.39 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********8465 | 163,143.16 | 52,511.26 | 0.00 |
| Checking Account - ********8466 | 0.00 | 110,631.90 | 0.00 |
| Checking Account - ********9678 | 595,879.62 | 200,113.39 | 395,766.23 |
| Page Subtotals | 595,879.62 | 200,113.39 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9678  Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 02/13/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 759,022.78 | 363,256.55 | 395,766.23 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 13, 2014 |
|---|---|---|---|---|---|---|

Case Number: 06-09484
Debtor Name: K REINKE JR. & COMPANY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| 1<br>070<br>7100-00 | Accountemps<br>Div. of Robert Half International<br>5720 Stoneridge Drive #3<br>Pleasanton, CA 94588 | Unsecured | | $1,785.00 | $185.84 | $1,599.16 |
| 10<br>070<br>7100-00 | Lavonne Reinke | Unsecured | | $5,000.00 | $520.56 | $4,479.44 |
| 2<br>070<br>7100-00 | Knauf Insulation GmbH<br>c/o Barnes & Thornburg, LLC<br>One North Wacker Dr. Suite 4400.<br>Chicago, IL 60606 | Unsecured | | $583,704.93 | $60,770.26 | $522,934.67 |
| 3<br>070<br>7100-00 | Carsmart Automotive, Inc.<br>c/o James M. Bolz<br>895 West Main Street<br>West Dundee, IL 60118 | Unsecured | | $9,436.70 | $982.47 | $8,454.23 |
| 4<br>070<br>7100-00 | Fox Valley Fire & Safety<br>2730 Pinnacle Drive<br>Elgin, IL 60124 | Unsecured | | $229.19 | $23.86 | $205.33 |
| 5<br>070<br>7100-00 | IDI Distributors, Inc.<br>7667 Equitable Dr.<br>Eden Prairie, MN 55344 | Unsecured | | $120,273.96 | $12,521.87 | $107,752.09 |
| 6<br>070<br>7100-00 | Horton Insurance Agency, Inc.<br>10320 Orland Parkway<br>Orland Park, IL 60467 | Unsecured | | $2,519.00 | $262.26 | $2,256.74 |
| 7<br>070<br>7100-00 | Certain Teed Corporation<br>c/o Gimbel, Holland & Knight, LLP<br>131 S. Dearborn<br>Chicago, IL 60606 | Unsecured | | $85,362.62 | $8,887.21 | $76,475.41 |
| 8<br>070<br>7100-00 | Allied Insulation Supply Co.<br>315 N. 12th Street<br>PO Box 2122<br>Milwaukee, WI 53201 | Unsecured | | $52,418.28 | $5,457.33 | $46,960.95 |
| 9<br>070<br>7100-00 | Rick Reinke | Unsecured | | $15,000.00 | $1,561.67 | $13,438.33 |
| 2S<br>050<br>4210-00 | Knauf Insulation GmbH | Secured | | $9,000.00 | $9,000.00 | $0.00 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 13, 2014 |

Case Number: 06-09484  
Debtor Name: K REINKE JR. & COMPANY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $884,989.68 | $100,173.33 | $784,816.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-09484
Case Name: K REINKE JR. & COMPANY
Trustee Name: JOSEPH R. VOILAND

Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Knauf Insulation GmbH | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Accountemps | $ | $ | $ |
| 2 | Knauf Insulation GmbH | $ | $ | $ |
| 3 | Carsmart Automotive, Inc. | $ | $ | $ |
| 4 | Fox Valley Fire & Safety | $ | $ | $ |
| 5 | IDI Distributors, Inc. | $ | $ | $ |
| 6 | Horton Insurance Agency, Inc. | $ | $ | $ |
| 7 | Certain Teed Corporation | $ | $ | $ |
| 8 | Allied Insullation Supply Co. | $ | $ | $ |
| 9 | Rick Reinke | $ | $ | $ |
| 10 | Lavonne Reinke | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE