UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
K REINKE JR. & COMPANY                §        Case No. 06-09484
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/28/2014 in Courtroom 240,
    United States Courthouse
    c/o Kane County Courthouse
    100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2014    By: Kenneth S. Gardner
               Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
K REINKE JR. & COMPANY § Case No. 06-09484
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 759,022.78 |
| and approved disbursements of | $ 363,256.55 |
| leaving a balance on hand of[1] | $ 395,766.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Knauf Insulation GmbH | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 395,766.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 41,201.14 | $ 11,406.67 | $ 29,794.47 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 2,425.69 | $ 1,788.98 | $ 636.71 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 30,691.18 |
| Remaining Balance | $ 365,075.05 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 875,729.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Accountemps | $ 1,785.00 | $ 185.84 | $ 744.13 |
| 2 | Knauf Insulation GmbH | $ 583,704.93 | $ 60,770.26 | $ 243,335.49 |
| 3 | Carsmart Automotive, Inc. | $ 9,436.70 | $ 982.47 | $ 3,933.98 |
| 4 | Fox Valley Fire & Safety | $ 229.19 | $ 23.86 | $ 95.55 |
| 5 | IDI Distributors, Inc. | $ 120,273.96 | $ 12,521.87 | $ 50,139.93 |
| 6 | Horton Insurance Agency, Inc. | $ 2,519.00 | $ 262.26 | $ 1,050.12 |
| 7 | Certain Teed Corporation | $ 85,362.62 | $ 8,887.21 | $ 35,586.05 |
| 8 | Allied Insullation Supply Co. | $ 52,418.28 | $ 5,457.33 | $ 21,852.19 |
| 9 | Rick Reinke | $ 15,000.00 | $ 1,561.67 | $ 6,253.21 |
| 10 | Lavonne Reinke | $ 5,000.00 | $ 520.56 | $ 2,084.40 |

    Total to be paid to timely general unsecured creditors      $ 365,075.05

    Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                         Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
K Reinke Jr. & Company  
    Debtor

Case No. 06-09484-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mrahmoun      Page 1 of 2      Date Rcvd: Feb 26, 2014  
                      Form ID: pdf006      Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2014.

```
db           +K Reinke Jr. & Company,    202 Barrington Avenue,    East Dundee, IL 60118-1313
10852604      ADO Products,    P O Box 1150-48,    Minneapolis, Mn 55480-1150
10852605      ADO Products,    2069 Solutions Center,    Chicago, Il 60677-2000
10852606     +ADT Security Services, Inc,    361 S Frontage Rd, Ste 124,    Burr Ridge, Il 60527-6162
10852603     +Accountemps,    12400 Collections Center Dr,    Chicago, Il 60693-0124
10917696     +Accountemps,    Div Of Robert Half International,    5720 Stoneridge Drive #3,
               Pleasanton CA 94588-4521
10852607     +Alden Bennett,    4200 W Peterson Ave,    Chicago, Il 60646-6078
10852608      Allied Insulation Supply Co,    315 North 12th St,    P O Box 2122,    Milwaukee, WI 53201-2122
10852609      Allied Insulation Supply Co,    P O Box 2122,    Milwaukee, Wi 53201-2122
10852610     +American International Co,    P O Box 382014,    Pittsburgh, Pa 15251-8014
10852611     +Ample Supply Company,    11914 Oak Creek Pkwy,    Huntley, Il 60142-6728
10852612     +Andrews Koehler& Passarelli,    4343 Commerce Ct. #615,    Lisle, Il 60532-3619
10852613     +Ash,Anos,Freedman & Logan,    77 W. Washington St. #1217,    Chicago, Il 60602-3245
10852614      Boncosky Oil Company,    Dept 77-52181,    Chicago, Il. 60678-2181
10852615     +Brittain's Express Oil&Lube,    1570 Larkin Ave,    Elgin, Il 60123-5178
10852616     +Car Smart Automotive, Inc,    1077 E Main Street,    East Dundee, Il 60118-2466
12003163     +Carsmart Automotive Inc,    James M Bolz,    895 West Main Street,    West Dundee IL 60118-2098
10852617     +Certain Teed Corporation,    c/o Holland & Knight LLP,    131 S Dearborn, 30th Flr,
               Chicago, IL 60603-5517
13686698     +CertainTeed Corporation,    c/o Barbara Anderson Gimbel,    Holland & Knight LLP,
               131 S. Dearborn Street,    Chicago, IL 60603-5550,    312-263-3600
10852618      Certainteed--Insulation Grp,    1225 Solutions Center,    Chicago, Il. 60677-1002
10852619      City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
10852620      Daily Herald Paddock Publ,    PO Box 4365,    Carol Stream, Il 60197-4365
10852621     +Dundee Napa Auto Parts,    202 Penny Ave. (Rt. 68),    Dundee, Il 60118-1419
10852622      Elgin State Bank,    PO Box 541,    Elgin, Il 60121-0541
10852623     +F & F Tire World,    5257 Swanson Rd,    Roscoe, Il 61073-6318
10852624     +FLIR Systems, Inc,    25 Esquire Rd,    North Billerica, Ma 01862-2501
10852625      Fox Valley Fire & Safety,    2730 Pinnacle Dr,    Elgin Il 60124-7943
10852626      Hiliti, Inc.,    P O Box 382002,    Pittsburgh, Pa 15250-8002
10852627      Home Builders of Greater,    Fox Valley,    555 S Randall Rd #201,    Saint Charles, IL 60174-5918
10852628     +Horton Insurance Agency,    c/o Trout & Associates,    1540 E Dundee Rd-#160,
               Palatine, IL 60074-8322
10852629     +Horton Insurance Agency,Inc,    10320 Orland Parkway,    Orland Park, Il 60467-5658
10852633     +Klein, Dub & Holleb,    660 LaSalle Place -Ste #100,    Highland Park, Il 60035-3575
10852634     +Knauf Insulation,    P O Box 73886,    Chicago, Il 60673-7886
11100838     +Knauf Insulation GmbH,    C/o Kevin C. Driscoll, Jr.,    Barnes & Thornburg LLP,
               One North Wacker Drive, Suite 4400,    Chicago, Illinois 60606-2841
10852635     +LaVonn Reinke,    1845 Winmoor,    Sleepy Hollow, Il 60118-2616
14405849    #+LaVonne Reinke,    C/O G. Alexander McTavish,    Myler, Ruddy & McTavish,
               105 E. Galena Blvd., Suite 800,    Aurora, IL 60505-3357
10852636      Marathon Platinum M/C,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
10852637      Metlife Small Business Ctr,    P O Box 804466,    Kansas City, Mo 64180-4466
10852638      Minuteman Press,    12337 Olive Blvd,    St Louis, Mo 63141-6401
10852639     +Myler Ruddy & McTavish,    Attorneys at Law,    111 W Downer Pl - #400,    Aurora, IL 60506-6110
10852643     +NRS/Comp Audit Services,    266 Harristown Rd #106,    Glen Rock, NJ 07452-3321
10852640     +National Prod Workers Union,    Severance Fund,    P O Box 56319,    Harwood Heights, IL 60656-0319
10852641      Nicolet Natural SE Inc,    P O Box 085390,    Racine, Wi 53408-5390
10852642     +Novack & Macey LLP,    303 W Madison St - Ste 1500,    Chicago, Il 60606-3380
14405801    #+Rick Reinke,    C/O G. Alexander McTavish,    Myler, Ruddy & McTavish,
               105 E. Galena Blvd. Suite 800,    Aurora, IL 60505-3357
10852644      SBC Yellow Pages,    R H Donnelley,    PO Box 807008,    Kansas City, MO 64180-7008
10852645     +Schnell,Bazos,Freeman,    Kramer & Schuster Attorneys,    1250 Larkin Ave. #100,
               Elgin, IL 60123-6078
10852646     +Speedway SuperAmerica LLC,    P O Box 1590,    Springfield, Oh 45501-1590
10852647     +Streamwood Police Dept,    Traffic Division,    301 E Irving Park Rd,    Streamwood, IL 60107-3000
10852648      T-Mobile,    P O Box 742596,    Cincinnati, Oh 45274-2596
10852649     +Village of Western Springs,    740 Hillgrove,    Western Springs, Il 60558-1478
10852650      Wm W Meyer & Sons Inc,    PO Box 105,    Skokie, Il 60076-0105
10852651      Woolf,    PO Box 517,    Crystal Lake, Il 60039-0517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10852630     +E-mail/Text: erankin@idimn.com Feb 27 2014 01:22:46     IDI Distributors Inc,    Attn:E Rankin,
               7667 Equitable Dr,    Eden Prairie MN 55344-4626
                                                                                              TOTAL: 1
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1           User: mrahmoun             Page 2 of 2           Date Rcvd: Feb 26, 2014
                               Form ID: pdf006            Total Noticed: 54

10852632     ##+Industrial Ladder & Supply,    245 E Adele Court,    Villa Park, Il 60181-1208
                                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2014 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company shermlaw13@aol.com
              G. Alexander   McTavish    on behalf of Defendant Lavonne E. Reinke amctavish@fmcolaw.com
              G. Alexander   McTavish    on behalf of Defendant Richard C. Reinke amctavish@fmcolaw.com
              G. Alexander   McTavish    on behalf of Attorney G. Alexander McTavish amctavish@fmcolaw.com
              Joseph  Voiland     jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Trustee Joseph   Voiland jrvoiland@sbcglobal.net
              Kevin C. Driscoll    on behalf of Creditor    Knauf Insulation, GmbH kevin.driscoll@btlaw.com,
               jriazi@btlaw.com;ddotts@btlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen J Costello    on behalf of Debtor    K Reinke Jr. & Company steve@costellolaw.com
                                                                                            TOTAL: 9
```