UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
K REINKE JR. & COMPANY § Case No. 06-09484
§
Debtor(s) §

AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMBH, KNAUF INSULATION | | | | | |
| 2S | GMBH, KNAUF INSULATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| JOSEPH R. VOILAND | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| BNK, CONG | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE BANKRUPTCY | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| NATIONAL RECOVERY SERVICE, INC. | | | | | |
| NATIONAL RECOVERY SERVICES, INC. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| NATIONAL RECOVERY SERVICES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS | | | | | |
| 8 | ALLIED INSULLATION SUPPLY CO. | | | | | |
| 3 | CARSMART AUTOMOTIVE, INC. | | | | | |
| 7 | CERTAIN TEED CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CLERK OF THE U.S. BANKRUPTCY COURT |  |  |  |  |  |
| 4 | FOX VALLEY FIRE & SAFETY |  |  |  |  |  |
| 2 | GMBH, KNAUF INSULATION |  |  |  |  |  |
| 6 | HORTON INSURANCE AGENCY, INC. |  |  |  |  |  |
| 5 | IDI DISTRIBUTORS, INC. |  |  |  |  |  |
| 10 | REINKE, LAVONNE |  |  |  |  |  |
| 9 | REINKE, RICK |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-09484 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | K REINKE JR. & COMPANY | | | Date Filed (f) or Converted (c): | 08/04/06 (f) |
| | | | | 341(a) Meeting Date: | |
| For Period Ending: | 01/25/14 | | | Claims Bar Date: | 05/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. lawsuit UBC | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. 1994 Ford F350 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. 1995 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. 1997 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. 1997 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 1995 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. 1995 Ford F150 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 1976 Dorsey Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 1971 Dorsey Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 1974 Freuhoff Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 1974 Freuhoff Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 1973 Freuhoff Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 1970 Dorsey Trailer | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. pref/ fraud claim - Lavonne Reinke (u) | 0.00 | 300,000.00 | | 5,000.00 | FA |
| 15. pref/fraud claim Richard Reinke (u) | 0.00 | 275,000.00 | | 15,000.00 | FA |
| 16. acct. rec. - Good and Tight Energy Cons. Co. (u) | 0.00 | 12,064.00 | | 12,064.00 | FA |
| 17. escrow refund - Ticor Title (u) | 0.00 | 55.00 | | 55.00 | FA |
| 18. refund - Awin Management (u) | 0.00 | 419.62 | | 419.62 | FA |
| 19. class action settlement - Columbus drywall (u) | 0.00 | 130,535.09 | | 726,414.71 | FA |
| 20. interest (u) | 0.00 | 0.00 | | 69.45 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $718,073.71 | | $759,022.78 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-09484  RG  Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | K REINKE JR. & COMPANY | Date Filed (f) or Converted (c): | 08/04/06 (f) |
| | | 341(a) Meeting Date: | |
| | | Claims Bar Date: | 05/12/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This proceeding was reopened 1/24/13 and Joseph R. Voiland was reappointed as Trustee on 1/28/13.

Initial Projected Date of Final Report (TFR): 04/15/14     Current Projected Date of Final Report (TFR): 04/15/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1859 Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 395,766.23 | | 395,766.23 |
| 03/28/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 29,794.47 | 365,971.76 |
| 03/28/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 636.71 | 365,335.05 |
| 03/28/14 | 003003 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 260.00 | 365,075.05 |
| 03/28/14 | 003004 | Accountemps<br>Div. of Robert Half International<br>5720 Stoneridge Drive #3<br>Pleasanton, CA 94588 | | 7100-000 | | 744.13 | 364,330.92 |
| * 03/28/14 | 003005 | Lavonne Reinke | | 7100-004 | | 2,084.40 | 362,246.52 |
| 03/28/14 | 003006 | Knauf Insulation GmbH<br>c/o Barnes & Thornburg, LLC<br>One North Wacker Dr. Suite 4400.<br>Chicago, IL 60606 | | 7100-000 | | 243,335.49 | 118,911.03 |
| 03/28/14 | 003007 | Carsmart Automotive, Inc.<br>c/o James M. Bolz<br>895 West Main Street<br>West Dundee, IL 60118 | | 7100-000 | | 3,933.98 | 114,977.05 |
| 03/28/14 | 003008 | Fox Valley Fire & Safety<br>2730 Pinnacle Drive<br>Elgin, IL 60124 | | 7100-000 | | 95.55 | 114,881.50 |
| 03/28/14 | 003009 | IDI Distributors, Inc.<br>7667 Equitable Dr.<br>Eden Prairie, MN 55344 | | 7100-000 | | 50,139.93 | 64,741.57 |
| | | | Page Subtotals | | 395,766.23 | 331,024.66 | |

Ver: 17.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1859 Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/28/14 | 003010 | Horton Insurance Agency, Inc.<br>10320 Orland Parkway<br>Orland Park, IL 60467 | | 7100-000 | | 1,050.12 | 63,691.45 |
| | 03/28/14 | 003011 | Certain Teed Corporation<br>c/o Gimbel, Holland & Knight, LLP<br>131 S. Dearborn<br>Chicago, IL 60606 | | 7100-000 | | 35,586.05 | 28,105.40 |
| | 03/28/14 | 003012 | Allied Insullation Supply Co.<br>315 N. 12th Street<br>PO Box 2122<br>Milwaukee, WI 53201 | | 7100-000 | | 21,852.19 | 6,253.21 |
| | 03/28/14 | 003013 | Rick Reinke | | 7100-000 | | 6,253.21 | 0.00 |
| * | 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-003 | | 378.07 | -378.07 |
| * | 05/15/14 | | Reverses Adjustment OUT on 04/07/14 | BANK SERVICE FEE | 2600-003 | | -378.07 | 0.00 |
| * | 07/03/14 | 003005 | Lavonne Reinke | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 7100-004 | | -2,084.40 | 2,084.40 |
| | 07/03/14 | 003014 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | unclaimed funds LaVonne Reinke #10 | 7100-000 | | 2,084.40 | 0.00 |

|  | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 395,766.23 | 395,766.23 | 0.00 |
| Less: Bank Transfers/CD's | 395,766.23 | 0.00 | |
| Subtotal | 0.00 | 395,766.23 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 395,766.23 | |

Page Subtotals 0.00 64,741.57

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******8465  Money Market Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/07 | | Bernard J. Natale | bankruptcy distribution - acct rec | 1221-000 | 12,064.00 | | 12,064.00 |
| 09/28/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.22 | | 12,067.22 |
| 10/31/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.08 | | 12,074.30 |
| 11/27/07 | | Ticor Title Insurance | escrow payment | 1290-000 | 55.00 | | 12,129.30 |
| 11/30/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.28 | | 12,135.58 |
| 12/31/07 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.18 | | 12,141.76 |
| 01/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.55 | | 12,147.31 |
| 02/29/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.49 | | 12,149.80 |
| 03/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.25 | | 12,152.05 |
| 04/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.69 | | 12,153.74 |
| 05/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.52 | | 12,155.26 |
| 06/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.54 | | 12,156.80 |
| 07/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.54 | | 12,158.34 |
| 08/29/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.44 | | 12,159.78 |
| 09/30/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.59 | | 12,161.37 |
| 10/10/08 | | Awin Management, Inc. | waste management refund | 1290-000 | 419.62 | | 12,580.99 |
| 10/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.35 | | 12,582.34 |
| 11/28/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.98 | | 12,583.32 |
| 12/31/08 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.89 | | 12,584.21 |
| 01/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 12,584.72 |
| 02/27/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 12,585.19 |
| 03/31/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 12,585.73 |
| 04/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 12,586.24 |
| 05/29/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 12,586.73 |
| 06/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 12,587.27 |
| 07/09/09 | 19 | Columbus Drywall Partial Settlement | settlement proceeds | 1249-000 | 130,535.09 | | 143,122.36 |
| 07/19/09 | | Harris / Lavonne Reinke | settlement proceeds | 1241-000 | 20,000.00 | | 163,122.36 |

Page Subtotals    163,122.36    0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-09484 -RG |
| Case Name: | K REINKE JR. & COMPANY |
| Taxpayer ID No: | *******8601 |
| For Period Ending: | 08/30/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******8465  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.17 | | 163,126.53 |
| 08/11/09 | 001001 | National Recovery Service, Inc. | payment of service fee per order of Court dated 8/6/2009 | 2990-000 | | 43,511.26 | 119,615.27 |
| 08/31/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.87 | | 119,622.14 |
| 09/19/09 | 001002 | Knauf Insulation GmbH | payment of secured claim per Court order of 9/17/2009 | 4110-000 | | 9,000.00 | 110,622.14 |
| 09/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.88 | | 110,627.02 |
| 10/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.88 | | 110,631.90 |
| 11/13/09 | | Transfer to Acct #*******8466 | Bank Funds Transfer | 9999-000 | | 110,631.90 | 0.00 |
| * 11/30/09 | | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 9999-003 | 2.24 | | 2.24 |
| * 11/30/09 | | Reverses Interest on 11/30/09 | REVERSE INTEREST | 9999-003 | -2.24 | | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 163,143.16 | 163,143.16 |   0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 110,631.90 | |
| Subtotal | 163,143.16 | 52,511.26 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 163,143.16 | 52,511.26 | |

Page Subtotals          20.80          163,143.16

Ver: 17.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09484 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | K REINKE JR. & COMPANY | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******8466  Checking Account |
| Taxpayer ID No: | *******8601 | | |
| For Period Ending: | 08/30/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/09 | 000101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,788.98, Trustee Expenses; Reference: | 2200-000 | | 1,788.98 | -1,788.98 |
| 11/13/09 | 000102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $5,752.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,752.50 | -7,541.48 |
| 11/13/09 | 000103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $10.42, Attorney forTrustee Expenses (Trustee Firm); Reference: | 3120-000 | | 10.42 | -7,551.90 |
| 11/13/09 | 000104 | CLERK OF THE BANKRUPTCY COURT, N.D., ILL | Dividend paid 100.00% on $500.00 Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 500.00 | -8,051.90 |
| 11/13/09 | 000105 | JOSEPH R. VOILAND | Dividend paid 100.00% on $11,406.67 Trustee Compensation; Reference: | 2100-000 | | 11,406.67 | -19,458.57 |
| 11/13/09 | 000106 | Accountemps<br>Div. of Robert Half International<br>5720 Stoneridge Drive #3<br>Pleasanton, CA 94588 | Dividend paid 10.41% on $1,785.00; Claim# 1; Final distribution | 7100-000 | | 185.84 | -19,644.41 |
| 11/13/09 | 000107 | Knauf Insulation GmbH<br>c/o Barnes & Thornburg, LLC<br>One North Wacker Dr. Suite 4400.<br>Chicago, IL 60606 | Dividend paid 10.41% on $583,704.93 Claim# 2U; Final distribution | 7100-000 | | 60,770.26 | -80,414.67 |
| 11/13/09 | 000108 | Carsmart Automotive, Inc.<br>c/o James M. Bolz<br>895 West Main Street<br>West Dundee, IL 60118 | Dividend paid 10.41% on $9,436.70; Claim# 3; Final distribution | 7100-000 | | 982.47 | -81,397.14 |
| 11/13/09 | 000109 | Fox Valley Fire & Safety<br>2730 Pinnacle Drive<br>Elgin, IL 60124 | Dividend paid 10.41% on $229.19 Claim# 4; Final distribution | 7100-000 | | 23.86 | -81,421.00 |
| 11/13/09 | 000110 | IDI Distributors, Inc. | Dividend paid 10.41% on $120,273.96 | 7100-000 | | 12,521.87 | -93,942.87 |
| | | | Page Subtotals | | 0.00 | 93,942.87 | |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******8466 Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 7667 Equitable Dr. | Claim# 5U; Final distribution | | | | |
| | | Eden Prairie, MN 55344 | | | | | |
| 11/13/09 | 000111 | Horton Insurance Agency, Inc. | Dividend paid 10.41% on $2,519.00; | 7100-000 | | 262.26 | -94,205.13 |
| | | 10320 Orland Parkway | Claim# 6; Final distribution | | | | |
| | | Orland Park, IL 60467 | | | | | |
| 11/13/09 | 000112 | Certain Teed Corporation | Dividend paid 10.41% on $85,362.62; | 7100-000 | | 8,887.21 | -103,092.34 |
| | | c/o Gimbel, Holland & Knight, LLP | Claim# 7; Final distribution | | | | |
| | | 131 S. Dearborn | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 11/13/09 | 000113 | Allied Insullation Supply Co. | Dividend paid 10.41% on $52,418.28; | 7100-000 | | 5,457.33 | -108,549.67 |
| | | 315 N. 12th Street | Claim# 8; Final distribution | | | | |
| | | PO Box 2122 | | | | | |
| | | Milwaukee, WI 53201 | | | | | |
| 11/13/09 | 000114 | Rick Reinke | Dividend paid 10.41% on $15,000.00 | 7100-000 | | 1,561.67 | -110,111.34 |
| | | | Claim# 9; Final distribution | | | | |
| 11/13/09 | 000115 | Lavonne Reinke | Dividend paid 10.41% on $5,000.00; | 7100-000 | | 520.56 | -110,631.90 |
| | | | Claim# 10; Final distribution | | | | |
| 01/03/14 | | Transfer from Acct #*******8465 | Bank Funds Transfer | 9999-000 | 110,631.90 | | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 110,631.90 | 110,631.90 | 0.00 |
| Less: Bank Transfers/CD's | 110,631.90 | 0.00 | |
| Subtotal | 0.00 | 110,631.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 110,631.90 | |

Page Subtotals  110,631.90   16,689.03

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-09484 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | K REINKE JR. & COMPANY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9678 Checking Account |
| Taxpayer ID No: | *******8601 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/13 | 19 | Columbus Drywall Masco Settlement | | 1249-000 | 159,079.69 | | 159,079.69 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 152.54 | 158,927.15 |
| 04/16/13 | 001001 | NATIONAL RECOVERY SERVICES, INC. 1133 ROSELAWN AVENUE WEST ST. PAUL, MN 55113 | | 3991-000 | | 53,026.56 | 105,900.59 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 163.23 | 105,737.36 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 168.76 | 105,568.60 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 112.12 | 105,456.48 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 108.36 | 105,348.12 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 111.86 | 105,236.26 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 111.72 | 105,124.54 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 108.04 | 105,016.50 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 111.50 | 104,905.00 |
| 12/23/13 | 19 | Columbus Drywall Masco Settlement | | 1249-000 | 436,799.93 | | 541,704.93 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 107.79 | 541,597.14 |
| 01/25/14 | 001002 | National Recovery Services, Inc. | | 2990-000 | | 145,599.97 | 395,997.17 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 230.94 | 395,766.23 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 395,766.23 | 0.00 |

Page Subtotals 595,879.62 595,879.62

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 06-09484 -RG |
| Case Name: | K REINKE JR. & COMPANY |
| Taxpayer ID No: | *******8601 |
| For Period Ending: | 08/30/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9678  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 595,879.62 | 595,879.62 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 395,766.23 | |
| | | | Subtotal | | 595,879.62 | 200,113.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 595,879.62 | 200,113.39 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1859 | 0.00 | 395,766.23 | 0.00 |
| Money Market Account - ********8465 | 163,143.16 | 52,511.26 | 0.00 |
| Checking Account - ********8466 | 0.00 | 110,631.90 | 0.00 |
| Checking Account - ********9678 | 595,879.62 | 200,113.39 | 0.00 |
| | 759,022.78 | 759,022.78 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00         0.00

Ver: 17.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*